JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOODRX HOLDINGS, INC. DERIVATIVE LITIGATION | Lead Case No. 2:24-cv-04301-AB-AJR <br><br> **[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL** |
| This Document Relates to: <br><br> ALL ACTIONS | |

Having reviewed and considered the Parties' Stipulation of Voluntary Dismissal ("Stipulation"). For the reasons identified in the Stipulation and good cause appearing therefor, the Court **GRANTS** the Stipulation.

IT IS HEREBY ORDERED that:

1. The above-captioned Consolidated Derivative Action is dismissed without prejudice.

2. Each Party shall bear his, her, or its own costs.

3. Federal Rule of Civil Procedure 23.1 does not require notice to stockholders as there is no collusion and/or risk of prejudice to GoodRx stockholders. Further, no payment has been made, nor will one be made, to Plaintiffs or their counsel

1

in connection with the dismissal of this Consolidated Derivative Action.

**IT IS SO ORDERED.**

Dated: September 9, 2025

                              HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE